UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A. | Case No. 1:21-cv-01577-AWI-HBK |
| Plaintiff, | ORDER GRANTING REQUEST TO SET ASIDE DEFAULT |
| v. | (Doc. No. 9) |
| CAROLYN TAYLOR, DOES 1-10, | ORDER DIRECTING CLERK TO SET ASIDE ENTRY OF DEFAULT |
| Defendants. | (Doc. No. 8) |

Pending before the Court is Plaintiff, Wells Fargo Bank, N.A. and Defendant Carolyn Taylor's stipulated request to set aside a clerk's default entered against Defendant Carolyn Taylor. (Doc. No. 9). Plaintiff submits that service of the Complaint was served on October 25, 2021 on Brandon Esraelian, "who was purportedly authorized to accept service" on behalf of Defendant Carolyn Taylor. (*Id*). After being granted various extensions of time and Defendant having failed to file a responsive pleading, Plaintiff moved for and was issued a clerk's entry of default on April 25, 2022. (Doc. Nos. 7, 8). The parties jointly request that the Court set aside the clerk's default and permit Defendant Carolyn Taylor fourteen (14) days to serve a responsive pleading to Plaintiff's Complaint from entry of this Court's order.

Accordingly, it is **ORDERED**:

1. The parties' stipulated request to set aside the Clerk's default (Doc. No. 9) is

GRANTED.

2. The Clerk shall set aside the clerk's default (Doc. No. 8) entered against Defendant Carolyn Taylor on April 25, 2022.

3. Defendant Taylor shall have **fourteen (14) days** from the date of docketing of this Order to file a responsive pleading to the Complaint.

Dated: June 20, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE