(SPACE BELOW FOR FILING STAMP ONLY)

**BONAKDAR LAW FIRM**
Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 200
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527
Attorneys for Defendant, CAROLYN TAYLOR

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

* * * * * *

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN TAYLOR, an individual, and DOES 1-10, Inclusive, <br><br> Defendants. <br><br>─────────────────── <br><br> CAROLYN TAYLOR, an individual, <br><br> Counter-Claimant, <br><br> v. <br><br> WELLS FARGO BANK, N.A., a national banking association, <br><br> Counter-Defendants. | Case No.:  1:21-CV-01577 AWI HBK <br><br> **STIPULATION TO CONTINUE HEARING AND PLEADING DUE DATES IN RE PLAINTIFF'S MOTION TO DISMISS** <br><br> Date:         November 14, 2022 <br> Time:         1:30 p.m. <br> Courtroom:   2 |

WHEREAS Defendant CAROLYN TAYLOR ("Taylor") filed a counter-claim against Plaintiff WELLS FARGO BANK, N.A. ("Bank");

WHEREAS Bank filed a Motion to Dismiss Taylor's Counter-Claim;

WHEREAS Taylor denies that Bank's Motion has any merit and intends to file an opposition;

WHEREAS the parties have renewed settlement negotiations and wish to conserve their respective resources, to further settlement potential.

IT IS THEREFORE STIPULATED THAT:

The hearing on Bank's Motion, scheduled for November 14, 2022, shall be continued not less than 20 days;

IT IS FURTHER STIPULATED THAT:

The Opposition and Reply dates shall be reset in accordance with the new/continued hearing date, such that Taylor's Opposition to the Motion shall be due November 14, 2022, and Bank's Reply to the Opposition shall be due 10 days after the Opposition, if any, is filed and served (Local Rule 230(d).)

IT IS SO STIPULATED.

DATED:  ___10-20-22____                    BONAKDAR LAW FIRM


                                            _____//s//_____
                                            ROGER S. BONAKDAR
                                            Attorney for Defendant/Counter-Complainant


DATED:  ___10-20-22_____                   FOX ROTHSCHILD, LLP


                                            _____//s//_____
                                            MATTHEW FOLLETT
                                            Attorney for Plaintiff/Counter-Complainant


[proposed order on next page]

**ORDER**

Based on the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED THAT:

(1) The hearing on Plaintiff's Motion Dismiss is continued to December 5, 2022 at 1:30 p.m. in Courtroom No. 2;

(2) Defendant Taylor's Opposition to the Motion shall be served and filed not later than November 14, 2022;

(3) Plaintiff's reply (if any) shall be served and filed not later than November 28, 2022.

IT IS SO ORDERED.

Dated:   October 24, 2022

SENIOR DISTRICT JUDGE